No. 499. HOLCOMB *v.* UNITED STATES. Court of Claims. Certiorari denied. *Carl L. Shipley* and *Samuel Resnicoff* for petitioner. *Solicitor General Rankin,*

936

*Assistant Attorney General Doub* and *Samuel D. Slade* for the United States. 